# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

DEMETRIC SMITH,

    Plaintiff,

v.                                                   CASE NO. 3:19cv3746-MCR-HTC

SANTIAGO, et al.,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 14, 2020. ECF No. 9. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's claims against the Defendants are **DISMISSED** under 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2) for failure to state a claim.

3. The clerk shall close the file.

**DONE AND ORDERED** this 17th day of March 2020.


    *s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**